No. 00–6477.  LEE *v.* DISTRICT OF COLUMBIA.  Ct. App. D. C. Certiorari denied.

No. 00–6478.  MARTINEZ *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 00–6481.  PALMORE *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–6483.  TUCKER *v.* CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–6492.  TAYLOR *v.* SCHOFIELD, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 00–6493.  TURNER *v.* SMITH, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–6498.  DELEON *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.  C. A. 5th Cir.  Certiorari denied.

No. 00–6503.  BILAL, AKA BURTON *v.* ESCAMBIA COUNTY DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–6504.  DUPREE *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 00–6505.  BURDGESS *v.* CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 00–6506.  JACKSON *v.* DELOACH, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–6510.  MANLEY *v.* STRACK, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–6511.  KNOD *v.* CITY OF SEVEN POINTS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–6512.  LAWLESS *v.* ANDERSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–6517.  BROWN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–6521.  ANDERSON *v.* RIVERSIDE REGIONAL JAIL AUTHORITATIVE COMMITTEE ET AL.  C. A. 4th Cir.  Certiorari denied.